# Exhibit 2

# How To Stop Auto Body Rust



If there's one thing that drastically reduces the value of your car, it is rust. Not only does it look unpleasant, but it also takes away the vehicle's structural integrity. This could lead to potential safety hazards and cost thousands of dollars in repairs.

Treating and preventing rust on vehicles can be challenging as it comes in different types. Hence, you may need to visit a **Paint Auto Body (Https://Magictouchmiami.Com/Car-Paint-Shop/)** shop for professional help.

However, this article will explain what rust is, the types, and what to do to prevent it from occurring in the first place.

Let's get started!

# What Is Rust?

Rust is a type of corrosion that occurs when iron or steel reacts with moisture and oxygen. When these elements come into contact with metal, they create a chemical reaction that weakens and eventually destroys the metal's structure.

Rust is typically identified by its reddish-brown color and rough, flaky texture. It can appear on any metal surface exposed to the elements, including cars, appliances, and outdoor furniture.

If left untreated, rust can spread quickly and compromise the integrity of the metal, leading to safety hazards and costly repairs. Understanding the causes and types of rust is essential for preventing and treating this damaging process.



# Types Of Rust

Several types of car rust can occur on a vehicle, each with its causes and characteristics. Here are some of the most common types:

- **Surface rust:** This rust is considered the most common type of rust and crops up when the paint on a car's surface is damaged or chipped, exposing the metal beneath to moisture and air. Surface rust is typically orange or brown and can be removed with sandpaper or a wire brush.
- **Scale rust**: When surface rust is left untreated, it spreads to form a thicker layer of rust and a scale rust occurs. It can be identified by its flaky, scaly appearance and is often found on the underside of a car.
- **Penetrating rust:** This happens when moisture penetrates the metal and causes it to rust from the inside out. It is often hidden and can cause significant damage if left untreated.
- **Galvanic corrosion**: When two different types of metal come into contact with each other and react with the moisture and air, galvanic corrosion arises. You can easily prevent this by using corrosion-resistant materials and coatings.

# Tips On How To Stop Auto Body Rust

Rust is every car owner's enemy. Here are proven tips to keep it at bay:

1. **Keep your car clean**: Dirt, mud, and debris can trap moisture against the metal, accelerating rust formation. Regular washing and waxing can help keep your car's exterior clean and protect against rust.
2. **Fix paint chips and scratches promptly**: Anytime the paint is damaged, even if it's just a tiny chip or a deep scratch, it exposes the metal underneath to moisture and air. Touch up any damage promptly to prevent rust from forming.
3. **Check for rust regularly**: Regular inspections can help you catch rust before it becomes a real problem. Look for rust around the wheel wells, under the car, and around any areas where moisture can accumulate.
4. **Keep your car dry**: Water is a primary contributor to rust formation, so try to keep your car as dry as possible. Park in a garage or covered area when possible, and avoid driving through deep puddles or standing water.

5. **Visit an auto body shop**: One effective way to stop auto body rust is to visit an **Auto Body Shop (Https://Magictouchmiami.Com/)**. They have the expertise to identify and fix rust issues before they worsen. Don't wait until it's too late; **Contact A Professional Today (Https://Magictouchmiami.Com/Contact-Us/)**!

# Conclusion

We hope this article provides you with insights into what rust is and the steps to take should it affect your car. If you are looking for reliable auto body shop experts to eliminate rust from your vehicle, MagicTouchMiami is the way to go!

Stop rust from spreading and damaging your vehicle further! Contact us now to schedule a rust repair service and protect your car from further damage. Don't wait until it's too late – let our experienced technicians restore your car's beauty and safety today!

# Leave A Reply

Your email address will not be published. Required fields are marked *

**Comment ***

**Name ***

**Email ***

**Website**

☐

**Save My Name, Email, And Website In This Browser For The Next Time I Comment.**

**Post Comment**

ebo ok.C om/ Magictouch mia mi) gra m.C om/ Magictouch mia mi)

## Services (/Services/)

Auto Body Shop

Collision Repair

Car Paint Shop

## Help

About Us

FAQ’s

Appointment

Contact Us

Blog

## Contact

10801
NW 7TH
AVE (Https://Www.Google.Com/Maps/Dir//Magic+Touch+Auto+Body+Shop,+10801+NW+7th+Ave,+Miami,+FL+33168/Data=!4m6!4m5!1m1!4e2!1m2!1m1!1s0
MIAMI, Sa=X&Ved=2ahUKEwi1kJC96vn2AhUyg2oFHb76DasQ48ADegQIDxAQ)
FLORIDA
33168

(305) 754-9440(Tel:%20+13057549440)

Info@Magictouchmiami.Com(Mailto:Info@Magictouchmiami.Com)

## Work Time

Monday - Friday

8:00 AM - 6:00 PM

Saturdays

8:00 AM - 3:00 PM

Sundays - closed

© 2023 Magic Touch (/)

# How To Stop Auto Body Rust



If there's one thing that drastically reduces the value of your car, it is rust. Not only does it look unpleasant, but it also takes away the vehicle's structural integrity. This could lead to potential safety hazards and cost thousands of dollars in repairs.

Treating and preventing rust on vehicles can be challenging as it comes in different types. Hence, you may need to visit a **Paint Auto Body** shop for professional help.

However, this article will explain what rust is, the types, and what to do to prevent it from occurring in the first place.

Let's get started!

## What Is Rust?

Rust is a type of corrosion that occurs when iron or steel reacts with moisture and oxygen. When these elements come into contact with metal, they create a chemical reaction that weakens and eventually destroys the metal's structure.

Rust is typically identified by its reddish-brown color and rough, flaky texture. It can appear on any metal surface exposed to the elements, including cars, appliances, and outdoor furniture.

If left untreated, rust can spread quickly and compromise the integrity of the metal, leading to safety hazards and costly repairs. Understanding the causes and types of rust is essential for preventing and treating this damaging process.



## Types Of Rust

Several types of car rust can occur on a vehicle, each with its causes and characteristics. Here are some of the most common types:

- **Surface rust:** This rust is considered the most common type of rust and crops up when the paint on a car's surface is damaged or chipped, exposing the metal beneath to moisture and air. Surface rust is typically orange or brown and can be removed with sandpaper or a wire brush.
- **Scale rust**: When surface rust is left untreated, it spreads to form a thicker layer of rust and a scale rust occurs. It can be identified by its flaky, scaly appearance and is often found on the underside of a car.
- **Penetrating rust:** This happens when moisture penetrates the metal and causes it to rust from the inside out. It is often hidden and can cause significant damage if left untreated.
- **Galvanic corrosion**: When two different types of metal come into contact with each other and react with the moisture and air, galvanic corrosion arises. You can easily prevent this by using corrosion-resistant materials and coatings.

## Tips On How To Stop Auto Body Rust

Rust is every car owner's enemy. Here are proven tips to keep it at bay:

1. **Keep your car clean**: Dirt, mud, and debris can trap moisture against the metal, accelerating rust formation. Regular washing and waxing can help keep your car's exterior clean and protect against rust.
2. **Fix paint chips and scratches promptly**: Anytime the paint is damaged, even if it's just a tiny chip or a deep scratch, it exposes the metal underneath to moisture and air. Touch up any damage promptly to prevent rust from forming.
3. **Check for rust regularly**: Regular inspections can help you catch rust before it becomes a real problem. Look for rust around the wheel wells, under the car, and around any areas where moisture can accumulate.
4. **Keep your car dry**: Water is a primary contributor to rust formation, so try to keep your car as dry as possible. Park in a garage or covered area when possible, and avoid driving through deep puddles or standing water.
5. **Visit an auto body shop**: One effective way to stop auto body rust is to visit an **Auto Body Shop**. They have the expertise to identify and fix rust issues before they worsen. Don't wait until it's too late; **Contact A Professional Today**!

## Conclusion

We hope this article provides you with insights into what rust is and the steps to take should it affect your car. If you are looking for reliable auto body shop experts to eliminate rust from your vehicle, MagicTouchMiami is the way to go!

Stop rust from spreading and damaging your vehicle further! Contact us now to schedule a rust repair service and protect your car from further damage. Don't wait until it's too late – let our experienced technicians restore your car's beauty and safety today!

## Leave A Reply

Your email address will not be published. Required fields are marked *

**Comment** *

**Name** *

**Email** *

**Website**

☐ **Save My Name, Email, And Website In This Browser For The Next Time I Comment.**

**Post Comment**

NEWSLETTER

**Sign Up To Stay Connected With Magic Touch**

Put your email down below to stay connected with us and get our latest offers and deals!

Email

Subscribe